**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed December 15, 2011.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-01044-CR

———————

## IN RE GERALD J. DURDEN, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**248th District Court**
**Harris County, Texas**
**Trial Court Cause No. 905,464**

---

## MEMORANDUM OPINION

On December 5, 2011, relator Gerald J. Durden filed a petition for writ of mandamus in this court.   *See* Tex. Gov't Code Ann §22.221; *see also* Tex. R. App. P. 52.1. Relator asks this court to compel Chris Daniel, the District Clerk of Harris County, Texas, to "immediately transmit a copy of the notice of appeal, the trial court's certification of the defendant's right to appeal and the date when as filed to all appropriate parties[.]"

This court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code.   Section 22.221 expressly limits the mandamus jurisdiction of the

courts of appeals to: (1) writs against a district court judge or county court judge in the court of appeals' district, and (2) all writs necessary to enforce the court of appeals' jurisdiction. Tex. Gov't Code Ann. § 22.221. Because the petition for writ of mandamus is directed toward a district clerk and such mandamus relief is not necessary to enforce this court's jurisdiction, we have no jurisdiction. *See* Tex. Gov't Code Ann. § 22.221(b)(1).

Accordingly, the petition for writ of mandamus is ordered dismissed.

PER CURIAM


Panel consists of Justices Frost, Seymore, and Jamison.
Do Not Publish — Tex. R. App. P. 47.2(b).

2